Nathaniel YOUNG, Plaintiff–Appellant,

v.

Michael ASTRUE, Defendant–Appellee.

No. 07–1638–cv.

United States Court of Appeals, Second Circuit.

Nov. 25, 2008.

Kenneth R. Hiller, Amherst, N.Y., for Appellant.

Susan M. Haynes, Special Assistant U.S. Attorney, Office of the General Counsel, Social Security Administration (Barbara L. Spivak and Richard Hill, on the brief) for Terrance P. Flynn, U.S. Attorney, Western District of New York, New York, N.Y., For Appellee.

PRESENT: Hon. JOSEPH M. McLAUGHLIN, Hon. GUIDO CALABRESI, Circuit Judges, and Hon. JOHN F. KEENAN, District Judge.[1]

### SUMMARY ORDER

Plaintiff–Appellant Nathaniel Young appeals the District Court's denial of his petition for Social Security benefits. The ALJ disregarded the only medical opinion that directly described Plaintiff's residual functional capacity and then found Plaintiff able to do light work. The ALJ, however, did not state what he found Plaintiff's functional capacity to be. The ALJ was required to state those findings specifically. *See Ferraris v. Heckler*, 728 F.2d 582, 586 (2d Cir.1984). We therefore vacate and remand so that the ALJ can make the necessary findings as to Plaintiff's residual functional abilities.

We have considered all of Plaintiff–Appellant's arguments. Accordingly, the judgment of the District Court is **VACATED** and **REMANDED**.